USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 9/23/2015

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

John Holzman,

Plaintiff,

-against-

Guoqiang Xin, et al.,

Defendants.

-----------------------------------------------------------X

12 **CIVIL** 8405 (AJN)

# JUDGMENT

Qingzeng Liu ("LIU") having moved to dismiss the complaint for lack of personal jurisdiction and on grounds of forma non conveniens, and the matter having come before the Honorable Alison J. Nathan, United States District Judge, and the Court, on September 18, 2015, having rendered its Memorandum and Order granting Liu's motion to dismiss on the basis of forum non conveniens, therefore dismissing this action in its entirety, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 18, 2015, Liu's motion to dismiss is granted on the basis of forum non conveniens; this action is therefore dismissed in its entirety.

**Dated:** New York, New York
September 23, 2015

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** ____

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON ____